IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERRY YOUNG**

                                **PLAINTIFF**

VS.  CIVIL ACTION NO. 1:06cv966LG-RHW

**MISSISSIPPI STATE PORT AT GULFPORT;**
**MISSISSIPPI STATE PORT AUTHORITY;**
**MISSISSIPPI DEVELOPMENT AUTHORITY;**
**CROWLEY AMERICAN TRANSPORT, INC.;**
**CROWLEY LINER SERVICES, INC.;**
**ABC CORPORATION; XYZ COMPANY**

                                **DEFENDANTS**

## ORDER TO DISMISS CROWLEY AMERICAN TRANSPORT, INC. WITHOUT PREJUDICE

THIS CAUSE came before the Court on the Motion of Defendant, Crowley American Transport, Inc., [5] for an Order to Dismiss Without Prejudice all of the Plaintiff's claims in this proceeding against Crowley American Transport, Inc. ("CATI"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court having considered the motion and being advised that the Plaintiff consents to the dismissal without prejudice of CATI finds that the motion is well taken and shall be granted. It is, therefore,

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this proceeding against Crowley American Transport, Inc. be, and are hereby, dismissed without prejudice. It is further,

**ORDERED AND ADJUDGED** that Defendant, Crowley American Transport, Inc. be, and is hereby, dismissed without prejudice. It is further,

**ORDERED AND ADJUDGED** that this Order does not dismiss Crowley Liner

Services, Inc. It is further,

**ORDERED AND ADJUDGED** that all parties shall bear their respective attorneys' fees and costs incurred in connection with this matter.

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Submitted by:

COUNSEL FOR PLAINTIFF:

s/ Thomas A. Pritchard
Thomas A. Pritchard
P. O. Box 1060
Biloxi, MS  39533
Telephone:  (228) 374-3713
Facsimile:  (228) 374-0142

COUNSEL FOR CROWLEY AMERICAN TRANSPORT, INC.

s/ Ben H. Stone
BEN H. STONE (MSB No. 7934)
JONATHAN P. DYAL (MSB No. 99146)
R. MARK ALEXANDER (MSB No. 100748)
M. BRANT PETTIS (MSB No. 101976)
BALCH & BINGHAM LLP
Post Office Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
Telephone:     (228) 864-9900
Facsimile:     (228) 864-8221