# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JERRY YOUNG & PEGGY HANSEN**                                **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 1:06CV966HSO-JMR**

**CROWLEY LINER SERVICES, INC.**                              **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Crowley Liner Services, Inc. The Court, after a full review and consideration of Defendant's Motion, the record and pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Defendant Crowley Liner Services, Inc., pursuant to FED. R. CIV. P. 56, and this civil action is hereby dismissed, with prejudice.

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE