IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRY YOUNG and PEGGY HANSEN                                          PLAINTIFFS

VS.                                              CIVIL ACTION NO. 1:06cv966HSO-JMR

CROWLEY LINER SERVICES, INC.                                            DEFENDANT

## AGREED AMENDED FINAL JUDGMENT

THIS CAUSE comes before the Court on the agreement of the parties to dismiss the above-referenced action in its entirety and with each party to bear its respective costs and attorneys' fees. Plaintiffs agree to waive any right of appeal with prejudice in exchange for Defendant's dismissal with prejudice of its right for costs and attorneys' fees. It is, therefore,

**IT IS ORDERED AND ADJUDGED** that, the above-referenced action be, and is hereby, dismissed with prejudice and with each party to bear its respective costs and attorneys' fees. It is further,

**SO ORDERED AND ADJUDGED**, this the 13th day of April, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT**:

s/ Tom Pritchard
TOM PRITCHARD, ESQ.
ATTORNEY FOR PLAINTIFFS
P.O. Box 1060
Biloxi, MS 39533


s/ Ben H. Stone
BEN H. STONE
JONATHAN P. DYAL
R. MARK ALEXANDER
M. BRANT PETTIS
ATTORNEYS FOR CROWLEY LINER SERVICES, INC.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501